An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMAL DAMON HENDRIX,
Appellant,
vs.
JAMES GREG COX,
Respondent.

No. 65974

**FILED**

SEP 17 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a post-conviction petition for a writ of habeas corpus.[1] Seventh Judicial District Court, White Pine County; Gary Fairman, Judge.

In his petition filed on March 28, 2014, appellant challenged prison disciplinary proceedings that resulted in a finding of guilt of MJ2 (Assault) and G1 (Disobedience). Appellant's claims challenging the prison disciplinary proceedings were not cognizable in a petition for a writ of habeas corpus filed in state court because appellant did not lose any credits. *See* NRS 34.720. Further, to the extent appellant claimed a due process violation in the prison appeals process, an institutional appeal is

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-30902

not a protected due process right. *See Sandin v. Conner*, 515 U.S. 472, 486 (1995). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Gary Fairman, District Judge
       Jamal Damon Hendrix
       Attorney General/Ely
       White Pine County Clerk